## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, James Bounds, on behalf of Fire and Police Retiree Health Care Fund, San Antonio ("San Antonio Health"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of San Antonio Health. I have reviewed the complaint and authorize its filing.

2. San Antonio Health did not purchase or sell the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. San Antonio Health is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. San Antonio Health's transactions in the Dole Food Company securities that are the subject of this action are set forth in the chart attached hereto.

5. San Antonio Health has served as a representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

*St. Lucie County Fire District Firefighters' Pension Trust Fund and Fire and Police Retiree Health Care Fund, San Antonio v. Joseph H. Bryant,* No. 14-cv-3428 (S.D. Tex.)

6. San Antonio Health will not accept any payment for serving as a representative party on behalf of the Class beyond San Antonio Health's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of November, 2015.

James Bounds
Executive Director
*Fire and Police Retiree Health Care Fund, San Antonio*

**Fire and Police Retiree Health Care Fund, San Antonio**
**Transactions in Dole Food Company**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/17/2013 | 164 | 10.4629 |
| Purchase | 2/6/2013 | 97 | 11.2249 |
| Sale | 1/2/2013 | (98) | 9.9591 |
| Sale | 1/2/2013 | (223) | 9.9600 |
| Sale | 3/15/2013 | (112) | 10.6114 |
| Sale | 4/24/2013 | (95) | 10.6769 |
| Sale | 4/30/2013 | (148) | 10.7349 |
| Sale | 5/1/2013 | (117) | 10.5635 |
| Sale | 5/22/2013 | (65) | 10.8617 |
| Sale | 5/22/2013 | (23) | 10.9100 |
| Sale | 5/23/2013 | (49) | 10.7687 |
| Sale | 6/11/2013 | (614) | 12.3001 |
| Sale | 6/11/2013 | (481) | 12.2510 |
| Sale | 7/9/2013 | (132) | 12.8670 |
| Sale | 7/9/2013 | (43) | 12.9018 |
| Sale | 7/10/2013 | (362) | 12.8750 |
| Sale | 7/11/2013 | (138) | 12.8866 |
| Sale | 7/12/2013 | (205) | 12.8443 |
| Sale | 7/15/2013 | (186) | 12.8543 |
| Sale | 7/16/2013 | (132) | 12.8050 |
| Sale | 7/16/2013 | (198) | 12.8276 |