# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, FIRE AND POLICE HEALTH CARE FUND, SAN ANTONIO, PROXIMA CAPITAL MASTER FUND LTD., and THE ARBITRAGE FUND,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>DOLE FOOD COMPANY, INC., DAVID H. MURDOCK and C. MICHAEL CARTER,<br><br>　　　　　　　Defendants. | No. 1:15-cv-01140-SLR |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

Joel Friedlander (Bar No. 3163)
Jeffrey M. Gorris (Bar No. 5012)
Christopher Foulds (Bar No. 5169)
**FRIEDLANDER & GORRIS, P.A.**
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jfriedlander@fredlandergorris.com
jgorris@friedlandergorris.com
cfoulds@friedlandergorris.com

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

Dated: March 10, 2017

Gerald H. Silk
Katherine Sinderson
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400
jerry@blbglaw.com
katiem@blbglaw.com

Vincent R. Cappucci
Andrew J. Entwistle
Arthur V. Nealon
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, N.Y. 10171
(212) 894-7200
vcappucci@entwistle-law.com
aentwistle@entwistle-law.com
anealon@entwistle-law.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

Lead Plaintiffs Proxima Capital Master Fund Ltd. ("Proxima"), San Antonio Fire and Police Pension Fund (the "F&P Fund"), Fire and Police Retiree Health Care Fund, San Antonio (the "Health Care Fund") and The Arbitrage Fund (collectively, "Lead Plaintiffs") hereby move this Court, pursuant to Federal Rule of Civil Procedure 23, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Settlement Class; (iii) approving the form, content and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) scheduling a hearing to consider final approval of the Settlement, approval of the Plan of Allocation, and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses.

This Motion is based upon the Stipulation and Agreement of Settlement dated March 9, 2017, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein. The Parties' agreed-upon form of proposed Preliminary Approval Order, with exhibits thereto, is attached as Exhibit 2 to this Motion. Pursuant to the terms of the Stipulation, this Motion is unopposed by Defendants.

Dated: March 10, 2017

        Respectfully submitted,

        */s/ Joel Friedlander*
        Joel Friedlander (Bar No. 3163)
        **FRIEDLANDER & GORRIS, P.A.**
        1201 N. Market Street, Suite 2200
        Wilmington, DE 19801
        (302) 573-3500
        jfriedlander@friedlandergorris.com

        *Liaison Counsel for Lead Plaintiffs*
        *and the Settlement Class*

Gerald H. Silk
Katherine Sinderson
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

Vincent R. Cappucci
Andrew J. Entwistle
Arthur V. Nealon
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, N.Y. 10171
(212) 894-7200

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

#1005924