IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAN ANTONIO FIRE AND POLICE PENSION FUND, FIRE AND POLICE HEALTH CARE FUND, SAN ANTONIO, PROXIMA CAPITAL MASTER FUND LTD., and THE ARBITRAGE FUND,<br><br>     Plaintiffs,<br><br>  v.<br><br>DOLE FOOD COMPANY, INC., DAVID H. MURDOCK and C. MICHAEL CARTER,<br><br>     Defendants. | No. 1:15-cv-01140-SLR |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
ENTRY OF AN AMENDED PRELIMINARY APPROVAL ORDER**

Joel Friedlander (Bar No. 3163)
Jeffrey M. Gorris (Bar No. 5012)
Christopher Foulds (Bar No. 5169)
**FRIEDLANDER & GORRIS, P.A.**
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jfriedlander@fredlandergorris.com
jgorris@friedlandergorris.com
cfoulds@friedlandergorris.com

*Liaison Counsel for Lead Plaintiffs
and the Settlement Class*

Gerald H. Silk
Katherine Sinderson
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400
jerry@blbglaw.com
katiem@blbglaw.com

Vincent R. Cappucci
Andrew J. Entwistle
Arthur V. Nealon
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, NY 10171
(212) 894-7200
vcappucci@entwistle-law.com
aentwistle@entwistle-law.com
anealon@entwistle-law.com

Dated:  March 29, 2017

*Lead Counsel for Lead Plaintiffs
and the Settlement Class*

Lead Plaintiffs Proxima Capital Master Fund Ltd., San Antonio Fire and Police Pension Fund, Fire and Police Health Care Fund, San Antonio and The Arbitrage Fund (collectively, "Lead Plaintiffs") hereby move this Court for entry of an Amended Order Preliminarily Approving Settlement and Providing for Notice ("Amended Preliminary Approval Order"). As set forth below, Lead Plaintiffs request entry of this order to effect a limited change in the definition of the Settlement Class in order to address a small gap in coverage of sellers of Dole stock who were potentially affected by the alleged fraud.

Lead Plaintiffs and Defendants in this Action executed a Stipulation and Agreement of Settlement (the "Initial Stipulation") on March 9, 2017, which was submitted to the Court on March 10, 2017. (D.I. 84-1.) The Initial Stipulation, among other things, provided for the settlement of all claims asserted in this Action, subject to the approval of the Court, and defined a Settlement Class including "all persons and entities who sold Dole common stock during the period from January 2, 2013 through October 31, 2013, inclusive" (Initial Stipulation ¶ 1(rr)). On March 16, 2017, the Court preliminarily approved the settlement on the terms set forth in the Initial Stipulation and approved the dissemination of notice to the proposed class (D.I. 87) (the "Preliminary Approval Order").

Following the entry of the Preliminary Approval Order but prior to the dissemination of notice to the proposed class, the parties learned that a certain number of investors sold Dole common stock on November 1, 2013 (the day after the end of the Class Period agreed to in the Initial Stipulation) on the open market and did not surrender those shares in the Take-Private Transaction that closed that day. Thus, these Dole shareholders were potentially harmed in the same manner as other members of the proposed class in this Action and would not have tendered their shares in the Take-Private Transaction or be eligible for recovery in the Chancery Court

Action.  Accordingly, Lead Plaintiffs and Lead Counsel believe that, in fairness, these persons and entities should also be included in the Settlement Class.  Based on the analysis of Lead Plaintiffs' damages expert, there are only a relatively small number of damaged shares that were sold on November 1, such that extending the Class Period by one day will not have a material impact on the total estimated damages for the class, or on class members' recovery.

Defendants have agreed to this revision of the class definition.  On March 29, 2017, the Parties executed an Amended Stipulation and Agreement of Settlement (the "Amended Stipulation" or "Stipulation"), which replaces and supersedes the Initial Stipulation.  The Amended Stipulation is attached hereto as Exhibit 1 and a redline version showing changes from the Initial Stipulation is attached hereto as Exhibit 2.  The Amended Stipulation provides that "Settlement Class" now includes "all persons and entities who sold Dole common stock (i) during the period from January 2, 2013 through October 31, 2013, inclusive, or (ii) on November 1, 2013 where those shares were sold on the open market and were not held as of the closing of the Take-Private Transaction, and who were damaged thereby," and provides for a conforming revision to the definition of "Class Period."  The Amended Stipulation also includes, as attachments, an Amended Preliminary Approval Order and revised versions of the Notice, Claim Form, Summary Notice and Judgment, all of which have been conformed to the reflect the revised definition of the Settlement Class.

Lead Plaintiffs now respectfully request entry of the Amended Preliminary Approval Order, which is attached to the Amended Stipulation as Exhibit A and attached hereto as Exhibit 3.  The Amended Preliminary Approval Order would (i) supersede the previously entered Preliminary Approval Order, (ii) preliminarily approve the Settlement as amended, (iii) certify the revised Settlement Class, and (iv) approve the revised forms of notice.  Clean copies of the

revised Notice, Claim Form and Summary Notice are attached to the Amended Preliminary Approval Order as Exhibits 1, 2, and 3, respectively.  Redline copies of the Amended Preliminary Approval Order and the revised Notice, Claim Form, Summary Notice and Judgment showing the changes to those documents from the versions submitted to the Court on March 10, 2017, are attached to this Motion as Exhibits 4-A, 4-B, 4-C, 4-D and 4-E, respectively.

If the Court is able to enter the Amended Preliminary Approval Order this week or next (by Friday, April 7, 2017), there is no need to reschedule the final Settlement Hearing that the Court has already set for July 18, 2017 at 11:00 a.m. and all other dates established for the settlement process can remain the same.

Dated:  March 29, 2017                                    Respectfully submitted,

/s/ Joel Friedlander
Joel Friedlander (Bar No. 3163)
**FRIEDLANDER & GORRIS, P.A.**
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jfriedlander@friedlandergorris.com

*Liaison Counsel for Lead Plaintiffs
and the Settlement Class*


Gerald H. Silk
Katherine Sinderson
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

Vincent R. Cappucci
Andrew J. Entwistle
Arthur V. Nealon
**ENTWISTLE & CAPPUCCI LLP**

                299 Park Avenue, 20th Floor
                New York, NY 10171
                (212) 894-7200

                *Lead Counsel for Lead Plaintiffs*
                *and the Settlement Class*

#1070921